**Order entered February 25, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

---

**No. 05-21-00057-CV**

**NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants**

**V.**

**ELISSA KATZ, ET AL., Appellees**

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

---

**ORDER**

Before the Court is court reporter Coral L. Wahlen's request for an extension of time to file the reporter's record. We note the clerk's record has not been filed because appellants have not paid for it. On February 5, 2021, we directed appellants to file, within ten days, written verification they had paid or made arrangements to pay for the record. Although we cautioned them that failure to comply could result in dismissal of the appeal, they have not yet complied. *See* TEX. R. APP. P. 37.3(b).

Because the appeal cannot proceed without the clerk's record, we **ORDER** appellants to file the requested written verification of payment or payment arrangements **no later than March 8, 2021.** *We caution appellants that failure to comply will result in dismissal of the appeal without further notice. See id.*

We **SUSPEND** the deadline for filing the reporter's record and **DENY** as premature Ms. Wahlen's extension request. The Court will set a new deadline after the clerk's record is filed and the Court has determined its jurisdiction.

/s/    CRAIG SMITH
       JUSTICE